Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−27541−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis Beato Jr. | Martine A. Beato |
| aka Louis Beato | aka Martine Annette Beato, aka Martine Beato |
| 53 John McGuckin Dr | 53 John McGuckin Dr |
| Brick, NJ 08724−7751 | Brick, NJ 08724−7751 |

Social Security No.:
  xxx−xx−2764                                     xxx−xx−1452
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on at

to consider and act upon the following:

*29* − Application re: Notice of Request for Loss Mitigation−By The Debtor Filed by David E. Shaver on behalf of Martine A. Beato, Louis Beato Jr.. Objection deadline is 1/10/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Shaver, David)

Dated: 1/3/19

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court