Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27541–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Louis Beato Jr.
    aka Louis Beato
    53 John McGuckin Dr
    Brick, NJ 08724–7751

Martine A. Beato
    aka Martine Annette Beato, aka Martine
    Beato
    53 John McGuckin Dr
    Brick, NJ 08724–7751

Social Security No.:
    xxx–xx–2764

xxx–xx–1452

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at


on at

to consider and act upon the following:

*29* – Application re: Notice of Request for Loss Mitigation–By The Debtor Filed by David E. Shaver on behalf of Martine A. Beato, Louis Beato Jr.. Objection deadline is 1/10/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Shaver, David)


Dated: 1/3/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27541-KCF
Louis Beato Jr.                                                           Chapter 13
Martine A. Beato
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1          Date Rcvd: Jan 03, 2019
                               Form ID: ntchrgbk         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db/jdb        Louis Beato Jr.,   Martine A. Beato,   53 John McGuckin Dr,   Brick, NJ  08724-7751
aty          +RAS Citron Law Offices,   130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
lm            OCWEN LOAN SERVICING LLC,   Attn: Customer Care,   PO Box 24738,
              West Palm Beach, FL  33416-4738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Aleisha Candace Jennings   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION
              ajennings@rasflaw.com
              David E. Shaver   on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com
              David E. Shaver   on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com
              Denise E. Carlon   on behalf of Creditor   Medallion Bank dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Michael R. DuPont   on behalf of Creditor   United Teletech Financial FCU dupont@redbanklaw.com,
              dana@redbanklaw.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7