Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27541−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Louis Beato Jr.
 aka Louis Beato
53 John McGuckin Dr
Brick, NJ 08724−7751

Martine A. Beato
 aka Martine Annette Beato, aka Martine
Beato
53 John McGuckin Dr
Brick, NJ 08724−7751

Social Security No.:
 xxx−xx−2764                                    xxx−xx−1452

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on September 14, 2018 and a confirmation hearing on such Plan has been scheduled for January 9, 2019.

The debtor filed a Modified Plan on January 2, 2019 and a confirmation hearing on the Modified Plan is scheduled for Feb. 13, 2019 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 4, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-27541-KCF
Louis Beato Jr.                                                 Chapter 13
Martine A. Beato
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jan 04, 2019
                              Form ID: 186             Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
```
db/jdb         Louis Beato Jr.,    Martine A. Beato,    53 John McGuckin Dr,    Brick, NJ 08724-7751
aty           +RAS Citron Law Offices,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr            +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                Red Bank, NJ 07701-0610
cr            +WELLS FARGO BANK, N.A.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE,    SUITE 100,
                BOCA RATON, FL 33487-2853
517794945    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    DBA GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
517789966     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517734296     Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517734298     Barclays Bank Card Services,    Customer Service,    PO Box 8802,    Wilmington, DE 19899-8802
517734299     Beachside Pediatrics Dentistry,    105 Berkeley Ave,    Ocean, NJ 07712-4707
517827625    +Brielle Orthopedics,    Apex Asset Mgmt., LLC,    POB 5407,    Lancaster, PA 17606-5407
517734300     Brielle Orthopedics PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
517734305     Client Services, Inc.,    For Lowes Consumer Credit Card,    3451 Harry S Truman Blvd,
                Saint Charles, MO 63301-4047
517734308     FBCS, Inc.,   for CF Medical, LLC,    PO Box 1116,    Charlotte, NC 28201-1116
517758052     GM Financial,    POB 183593,    Arlington, TX 76096-3593
517734310     Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
517734311     Hackensack Meridian Health-Ocean Medical,    PO Box 650292,    Dallas, TX 75265-0292
517734312     Ivy Rehab Network,    c/o Independent Recovery Res,    24 Railroad Ave,
                Patchogue, NY 11772-3518
517734314     Jersey Shore Neurology Associates,    1900 State Route 33,    Neptune, NJ 07753-4800
517758055     Jersey Shore OP-Meridian Health,    POB 650292,    Dallas, TX 75265-0292
517734315     Keith R. Esposito, Esq.,    Lyon Doughty & Veldhuis, PC,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ 08054-1725
517734316     Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
517758056     MaBSTOA,   Treasury Dept.,    130 Livingston St., Rm., 7085,    Brooklyn, NY 11201-5106
517761657    +Medallion Bank,    c/o Systems & Services Technologies, Inc,    as servicer for Medallion Bank,
                PO Box 9013,    Addison, Texas 75001-9013
517758057     Metropolitan Trans. Auth.,    Prudential Retirement,    POB 5012,    Scranton, PA 18505-5012
517734320     NJ EZ Pass,    Customer Service,    PO Box 52002,    Newark, NJ 07101-8202
517734321     Ocwen Loan Servicing, LLC,    Attn: Customer Care,    PO Box 24738,
                West Palm Beach, FL 33416-4738
517734323     Richard Citron, Esq.,    RAS Citron, LLC,    130 Clinton Rd Ste 202,    Fairfield, NJ 07004-2927
517734324     Rickart Collection Systems,    PO Box 7242,    North Brunswick, NJ 08902-7242
517734327     Seaview Orthopaedic,    1200 Eagle Ave,    Ocean, NJ 07712-7631
517734328     Shore Heart Group,    1820 State Route 33 Ste 4B,    Neptune, NJ 07753-4860
517758058     Systems & Services Technologies, Inc.,    POB 3999,    St. Joseph, MO 64503-0999
517734329     Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517758053     Untied Teletech Financial,    205 Hance Ave.,    Tinton Falls, NJ 07724-2764
517834324     Wells Fargo Bank, N.A.,    POB 24605,    West Palm Beach, FL 33416-4605
517831702    +Wells Fargo Bank, National Association as Trustee,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
517734307     eMedical Offices Middletown,    PO Box 6143,    Parsippany, NJ 07054-7143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 23:29:43     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 23:29:39     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517734295      E-mail/Text: roy.buchholz@allianceoneinc.com Jan 04 2019 23:28:50
                Alliance One Receivables Management,    4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
517758054      E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:27:01     Amazon.Com-Synchrony Bank,
                POB 965060,    Orlando, FL 32896-5060
517856692      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 23:37:35
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517734297      E-mail/Text: paymentprocessing@avanteusa.com Jan 04 2019 23:28:48     Avante USA,
                3600 S Gessner Rd Ste 225,    Houston, TX 77063-5357
517734301      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 23:27:06     Capital One,
                Bankruptcy Claims Servicer,    PO Box 30285,    Salt Lake City, UT 84130-0285
517734302      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 23:26:41
                Capital One - Bankruptcy Department,    PO Box 30281,    Salt Lake City, UT 84130-0281
517773361      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 23:26:41
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517734303      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 04 2019 23:26:18
                Capital One Bank (USA), NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jan 04, 2019
                              Form ID: 186             Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517758060      E-mail/Text: bkr@cardworks.com Jan 04 2019 23:28:41     Carson Smithfield, LLC,
                For Merrick/NAC/CovestBanc,    PO Box 9216,   Old Bethpage, NY 11804-9016
517734304      E-mail/Text: bankruptcy@certifiedcollection.com Jan 04 2019 23:29:32
                Certified Credit & Collection Bureau,    PO Box 1750,   Whitehouse Station, NJ   08889-1750
517734306      E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 04 2019 23:30:25
                Credit Collection Services,    725 Canton St,    Norwood, MA   02062-2679
517734309      E-mail/Text: bnc-bluestem@quantum3group.com Jan 04 2019 23:30:15      Fingerhut,
                Credit Account Services,    PO Box 1250,   Saint Cloud, MN   56395-1250
517812431      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 04 2019 23:29:55     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
517734313      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 04 2019 23:29:56     Jefferson Capital Systems, LLC,
                PO Box 17210,    Golden, CO 80402-6020
517771875      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2019 23:27:15
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517734317      E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:26:36     Lowes- Synchrony Bank,
                Bankruptcy Department,    PO Box 965060,   Orlando, FL  32896-5060
517771877      E-mail/Text: bkr@cardworks.com Jan 04 2019 23:28:41     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517734319      E-mail/Text: bkr@cardworks.com Jan 04 2019 23:28:41     Merrick Bank,   Customer Service,
                PO Box 9201,   Old Bethpage, NY  11804-9001
517734318      E-mail/Text: bkr@cardworks.com Jan 04 2019 23:28:41     Merrick Bank,   PO Box 9201,
                Old Bethpage, NY  11804-9001
517758061      E-mail/Text: bankruptcydpt@mcmcg.com Jan 04 2019 23:29:39     Midland Credit Management, Inc.,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517734322      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:26:21
                Portfolio Recovery,    120 Corporate Blvd # 100,    Norfolk, VA  23502-4952
517862547      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:26:44
                Portfolio Recovery Associates, LLC,    C/O Barclays Bank Delaware,    POB 41067,
                Norfolk VA 23541
517863781      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:27:10
                Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                Norfolk VA 23541
517852099      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:27:10
                Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                Norfolk VA 23541
517856710      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:26:45
                Portfolio Recovery Associates, LLC,    c/o Lord&taylorconvertedaccts,    POB 41067,
                Norfolk VA 23541
517850339      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:48:44
                Portfolio Recovery Associates, LLC,    c/o Lowe’s,   POB 41067,   Norfolk VA 23541
517861759      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:26:45
                Portfolio Recovery Associates, LLC,    c/o Old Navy,   POB 41067,   Norfolk VA 23541
517852107      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2019 23:26:45
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
517797021      E-mail/Text: bnc-quantum@quantum3group.com Jan 04 2019 23:29:35
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
517734325     +E-mail/Text: bkrpt@retrievalmasters.com Jan 04 2019 23:29:38     RMCB,   4 Westchester Plz,
                Elmsford, NY 10523-3835
517734326      E-mail/Text: bankruptcy@savit.com Jan 04 2019 23:30:29     Savit Collection Agency,
                PO Box 250,    East Brunswick, NJ  08816-0250
517737402     +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2019 23:27:01     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517758059     +E-mail/Text: bankruptcy@sccompanies.com Jan 04 2019 23:30:36     Through the Country Door,
                POB 2834,    Monroe, WI 53566-8034
517806026      E-mail/Text: laura@redbanklaw.com Jan 04 2019 23:28:52
                United Teletech Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                PO Box 610,   Red Bank, NJ 07701-0610
517734330      E-mail/Text: bnc-bluestem@quantum3group.com Jan 04 2019 23:30:15     WebBank,
                6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
                                                                                              TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             OCWEN LOAN SERVICING LLC,   Attn: Customer Care,   PO Box 24738,
                 West Palm Beach, FL  33416-4738
517815203*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 04, 2019
                              Form ID: 186             Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               ajennings@rasflaw.com
              David E. Shaver    on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com
              David E. Shaver    on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com
              Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```