Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27541–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis Beato Jr. | Martine A. Beato |
| aka Louis Beato | aka Martine Annette Beato, aka Martine |
| 53 John McGuckin Dr | Beato |
| Brick, NJ 08724–7751 | 53 John McGuckin Dr |
| | Brick, NJ 08724–7751 |

Social Security No.:
   xxx–xx–2764                              xxx–xx–1452

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 3/13/19 at 09:00 AM

to consider and act upon the following:

*29* – Application re: Notice of Request for Loss Mitigation–By The Debtor Filed by David E. Shaver on behalf of Martine A. Beato, Louis Beato Jr.. Objection deadline is 1/10/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Shaver, David)

Dated: 2/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court