Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27541−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Louis Beato Jr.
 aka Louis Beato
53 John McGuckin Dr
Brick, NJ 08724−7751

Martine A. Beato
 aka Martine Annette Beato, aka Martine
Beato
53 John McGuckin Dr
Brick, NJ 08724−7751

Social Security No.:
 xxx−xx−2764                                           xxx−xx−1452

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/13/19 at 09:00 AM

to consider and act upon the following:

*29* − Application re: Notice of Request for Loss Mitigation−By The Debtor Filed by David E. Shaver on behalf of Martine A. Beato, Louis Beato Jr.. Objection deadline is 1/10/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Shaver, David)

Dated: 2/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Louis Beato Jr.  
Martine A. Beato  
     Debtors

Case No. 18-27541-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 11, 2019  
                     Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.  
db/jdb         Louis Beato Jr.,     Martine A. Beato,     53 John McGuckin Dr,     Brick, NJ    08724-7751  
cr            +WELLS FARGO BANK, N.A.,     ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,     6409 CONGRESS AVE,     SUITE 100,      BOCA RATON, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:

          Albert    Russo     docs@russotrustee.com  
          Aleisha Candace Jennings     on behalf of Creditor     WELLS FARGO BANK, NATIONAL ASSOCIATION      ajennings@rasflaw.com  
          David E. Shaver     on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com  
          David E. Shaver     on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com  
          Denise E. Carlon     on behalf of Creditor     Medallion Bank dcarlon@kmllawgroup.com,      bkgroup@kmllawgroup.com  
          Laura M. Egerman     on behalf of Creditor     WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,      bkyecf@rasflaw.com;legerman@rasnj.com  
          Michael R. DuPont     on behalf of Creditor     United Teletech Financial FCU dupont@redbanklaw.com,      dana@redbanklaw.com  
          Sindi   Mncina     on behalf of Loss Mitigation     OCWEN LOAN SERVICING LLC smncina@rascrane.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 9