Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 18−27541−KCF
           Chapter: 13
           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis Beato Jr.<br>aka Louis Beato<br>53 John McGuckin Dr<br>Brick, NJ 08724−7751 | Martine A. Beato<br>aka Martine Annette Beato, aka Martine Beato<br>53 John McGuckin Dr<br>Brick, NJ 08724−7751 |

Social Security No.:
  xxx−xx−2764                               xxx−xx−1452

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 18, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 43 − 29
ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER FOR NOTICE OF REQUEST FOR LOSS MITIGATION (Related Doc # 29). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/15/2019. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 18, 2019
JAN: ckk

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-27541-KCF
Louis Beato Jr.                                                 Chapter 13
Martine A. Beato
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Mar 18, 2019
                              Form ID: orderntc        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
```
aty              +RAS Citron Law Offices,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
lm                OCWEN LOAN SERVICING LLC,    Attn: Customer Care,    PO Box 24738,
                   West Palm Beach, FL  33416-4738
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               ajennings@rasflaw.com
              David E. Shaver    on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com
              David E. Shaver    on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com
              Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Sindi Mncina    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               smncina@rascrane.com
              Sindi Mncina    on behalf of Loss Mitigation    OCWEN LOAN SERVICING LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```