UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Louis Beato Jr.
Martine A. Beato

Case No.: __18-27541-KCF__

Hearing Date: __3/13/2019__

Judge: __KCF__

Chapter: __13__

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
for Notice of Request for Loss Mitigation

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____January 3_____, 20 19 by __David E. Shaver on behalf of the debtors__ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27541-KCF
Louis Beato Jr.                                                         Chapter 13
Martine A. Beato
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Mar 18, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
db/jdb         Louis Beato Jr.,    Martine A. Beato,    53 John McGuckin Dr,    Brick, NJ 08724-7751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
       ajennings@rasflaw.com
      David E. Shaver    on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com
      David E. Shaver    on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com
      Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
       dana@redbanklaw.com
      Sindi    Mncina    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
       smncina@rascrane.com
      Sindi    Mncina    on behalf of Loss Mitigation    OCWEN LOAN SERVICING LLC smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 10