Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27541−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Louis Beato Jr.
 aka Louis Beato
53 John McGuckin Dr
Brick, NJ 08724−7751

Martine A. Beato
 aka Martine Annette Beato, aka Martine
Beato
53 John McGuckin Dr
Brick, NJ 08724−7751

Social Security No.:
 xxx−xx−2764                                             xxx−xx−1452

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 17, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 17, 2019
JAN: ghm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                           Case No. 18-27541-KCF
Louis Beato Jr.                                                  Chapter 13
Martine A. Beato
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3               Date Rcvd: Apr 17, 2019
                              Form ID: 148             Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db/jdb         Louis Beato Jr.,    Martine A. Beato,    53 John McGuckin Dr,    Brick, NJ 08724-7751
aty           +RAS Citron Law Offices,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr            +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                Red Bank, NJ 07701-0610
cr            +WELLS FARGO BANK, N.A.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE,    SUITE 100,
                BOCA RATON, FL 33487-2853
517734296      Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517734299      Beachside Pediatrics Dentistry,    105 Berkeley Ave,    Ocean, NJ 07712-4707
517953485      Bon-Ton Comenity Bank,    POB 185125,    Columbus, OH 43218-2125
517827625     +Brielle Orthopedics,    Apex Asset Mgmt., LLC,    POB 5407,    Lancaster, PA 17606-5407
517734300      Brielle Orthopedics PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
517953487      CBL Path,    110 Washington Ave., Ste. 2,    North Haven, CT 06473-1723
517734305      Client Services, Inc.,    For Lowes Consumer Credit Card,    3451 Harry S Truman Blvd,
                Saint Charles, MO 63301-4047
517734308      FBCS, Inc.,    for CF Medical, LLC,    PO Box 1116,    Charlotte, NC 28201-1116
517734310      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
517734311      Hackensack Meridian Health-Ocean Medical,    PO Box 650292,    Dallas, TX 75265-0292
517734312      Ivy Rehab Network,    c/o Independent Recovery Res,    24 Railroad Ave,
                Patchogue, NY 11772-3518
517953490      Jersey Shore Neurology Assoc.,    1900 State Rte. 33,    Neptune, NJ 07753-4800
517734314      Jersey Shore Neurology Associates,    1900 State Route 33,    Neptune, NJ 07753-4800
517758055      Jersey Shore OP-Meridian Health,    POB 650292,    Dallas, TX 75265-0292
517953483      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517734315      Keith R. Esposito, Esq.,    Lyon Doughty & Veldhuis, PC,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ 08054-1725
517734316      Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
517953491      Lord & Taylor, Cap. One Retail Svcs.,    POB 30258,    Salt Lake City, UT 84130-0258
517758056      MaBSTOA,    Treasury Dept.,    130 Livingston St., Rm., 7085,    Brooklyn, NY 11201-5106
517761657     +Medallion Bank,    c/o Systems & Services Technologies, Inc,    as servicer for Medallion Bank,
                PO Box 9013,    Addison, Texas 75001-9013
517953482      Medallion Bank,    1100 E 6600 St., Ste. 510,    Salt Lake City, UT 84121-7422
517953492      Meridian Medical Group Speciality Group,    POB 402,    Mt. Sinai, NY 11766-0402
517758057      Metropolitan Trans. Auth.,    Prudential Retirement,    POB 5012,    Scranton, PA 18505-5012
517734320      NJ EZ Pass,    Customer Service,    PO Box 52002,    Newark, NJ 07101-8202
517734321      Ocwen Loan Servicing, LLC,    Attn: Customer Care,    PO Box 24738,
                West Palm Beach, FL 33416-4738
517734323      Richard Citron, Esq.,    RAS Citron, LLC,    130 Clinton Rd Ste 202,    Fairfield, NJ 07004-2927
517734324      Rickart Collection Systems,    PO Box 7242,    North Brunswick, NJ 08902-7242
517734327      Seaview Orthopaedic,    1200 Eagle Ave,    Ocean, NJ 07712-7631
517734328      Shore Heart Group,    1820 State Route 33 Ste 4B,    Neptune, NJ 07753-4860
517758058      Systems & Services Technologies, Inc.,    POB 3999,    St. Joseph, MO 64503-0999
517734329      Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517758053      Untied Teletech Financial,    205 Hance Ave.,    Tinton Falls, NJ 07724-2764
517834324      Wells Fargo Bank, N.A.,    POB 24605,    West Palm Beach, FL 33416-4605
517831702     +Wells Fargo Bank, National Association as Trustee,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
517734307      eMedical Offices Middletown,    PO Box 6143,    Parsippany, NJ 07054-7143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 00:49:19     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 00:49:15      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517794945      EDI: PHINAMERI.COM Apr 18 2019 04:03:00     Americredit Financial Services, Inc.,
                DBA GM Financial,    P.O Box 183853,    Arlington, TX 76096
517734295      E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 18 2019 00:47:57
                Alliance One Receivables Management,    4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
517758054      EDI: RMSC.COM Apr 18 2019 04:03:00     Amazon.Com-Synchrony Bank,    POB 965060,
                Orlando, FL 32896-5060
517953484      EDI: AMEREXPR.COM Apr 18 2019 04:03:00     American Express,    POB 981535,
                El Paso, TX 79998-1535
517789966      EDI: BECKLEE.COM Apr 18 2019 04:03:00     American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517856692      EDI: RESURGENT.COM Apr 18 2019 04:03:00     Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,    Corporation of America Holdings,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517734297      E-mail/Text: paymentprocessing@avanteusa.com Apr 18 2019 00:47:48     Avante USA,
                3600 S Gessner Rd Ste 225,    Houston, TX 77063-5357
517734298      EDI: TSYS2.COM Apr 18 2019 04:03:00     Barclays Bank Card Services,    Customer Service,
                PO Box 8802,    Wilmington, DE 19899-8802
517734301      EDI: CAPITALONE.COM Apr 18 2019 04:03:00     Capital One,    Bankruptcy Claims Servicer,
                PO Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Apr 17, 2019
                                  Form ID: 148             Total Noticed: 88

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517734302         EDI: CAPITALONE.COM Apr 18 2019 04:03:00      Capital One - Bankruptcy Department,
                  PO Box 30281,    Salt Lake City, UT  84130-0281
517773361         EDI: CAPITALONE.COM Apr 18 2019 04:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
517734303         EDI: CAPITALONE.COM Apr 18 2019 04:03:00      Capital One Bank (USA), NA,    PO Box 30285,
                  Salt Lake City, UT  84130-0285
517758060         EDI: MERRICKBANK.COM Apr 18 2019 04:03:00      Carson Smithfield, LLC,
                  For Merrick/NAC/CovestBanc,    PO Box 9216,    Old Bethpage, NY 11804-9016
517734304         E-mail/Text: bankruptcy@certifiedcollection.com Apr 18 2019 00:49:03
                  Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ  08889-1750
517953488         EDI: WFNNB.COM Apr 18 2019 04:03:00      Commenity Bank NY & Co.,    POB 182125,
                  Columbus, OH  43218-2125
517734306         EDI: CCS.COM Apr 18 2019 04:03:00      Credit Collection Services,    725 Canton St,
                  Norwood, MA  02062-2679
517734309         EDI: BLUESTEM Apr 18 2019 04:03:00      Fingerhut,    Credit Account Services,    PO Box 1250,
                  Saint Cloud, MN  56395-1250
517758052         EDI: PHINAMERI Apr 18 2019 04:03:00      GM Financial,    POB 183593,
                  Arlington, TX  76096-3593
517953489         EDI: RMSC.COM Apr 18 2019 04:03:00      JC Penney Synchrony Bank,    POB 965060,
                  Orlando, FL  32896-5060
517812431         EDI: JEFFERSONCAP.COM Apr 18 2019 04:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
517734313         EDI: JEFFERSONCAP.COM Apr 18 2019 04:03:00      Jefferson Capital Systems, LLC,    PO Box 17210,
                  Golden, CO  80402-6020
517771875         EDI: RESURGENT.COM Apr 18 2019 04:03:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517734317         EDI: RMSC.COM Apr 18 2019 04:03:00      Lowes- Synchrony Bank,    Bankruptcy Department,
                  PO Box 965060,    Orlando, FL  32896-5060
517771877         EDI: MERRICKBANK.COM Apr 18 2019 04:03:00      MERRICK BANK,    Resurgent Capital Services,
                  PO Box 10368,    Greenville, SC 29603-0368
517734319         EDI: MERRICKBANK.COM Apr 18 2019 04:03:00      Merrick Bank,    Customer Service,    PO Box 9201,
                  Old Bethpage, NY  11804-9001
517734318         EDI: MERRICKBANK.COM Apr 18 2019 04:03:00      Merrick Bank,    PO Box 9201,
                  Old Bethpage, NY  11804-9001
517758061         EDI: MID8.COM Apr 18 2019 04:03:00      Midland Credit Management, Inc.,
                  2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517953493         EDI: RMSC.COM Apr 18 2019 04:03:00      Old Navy Synchrony Bank,    POB 965060,
                  Orlando, FL  32896-5060
517734322         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery,    120 Corporate Blvd # 100,
                  Norfolk, VA  23502-4952
517953497         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates LLC,    PO Box 12914,
                  Norfolk, VA 23541-0914
517862547         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates, LLC,
                  C/O Barclays Bank Delaware,    POB 41067,    Norfolk VA 23541
517863781         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates, LLC,
                  C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517852099         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
517856710         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Lord&taylorconvertedaccts,    POB 41067,    Norfolk VA 23541
517850339         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates, LLC,    c/o Lowe's,
                  POB 41067,    Norfolk VA 23541
517861759         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates, LLC,    c/o Old Navy,
                  POB 41067,    Norfolk VA 23541
517852107         EDI: PRA.COM Apr 18 2019 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517797021         EDI: Q3G.COM Apr 18 2019 04:03:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
517734325        +EDI: RMCB.COM Apr 18 2019 04:03:00      RMCB,    4 Westchester Plz,    Elmsford, NY 10523-3835
517734326         E-mail/Text: bankruptcy@savit.com Apr 18 2019 00:50:21      Savit Collection Agency,
                  PO Box 250,    East Brunswick, NJ  08816-0250
517737402        +EDI: RMSC.COM Apr 18 2019 04:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517953494         EDI: RMSC.COM Apr 18 2019 04:03:00      TJX Rewards Synchrony Bank,    POB 965060,
                  Orlando, FL  32896-5060
517758059        +EDI: CBS7AVE Apr 18 2019 04:03:00      Through the Country Door,    POB 2834,
                  Monroe, WI 53566-8034
517806026         E-mail/Text: laura@redbanklaw.com Apr 18 2019 00:47:58
                  United Teletech Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                  PO Box 610,    Red Bank, NJ 07701-0610
517953495         EDI: WFNNB.COM Apr 18 2019 04:03:00      Victoria Secret Commenity Bank,    POB 182125,
                  Columbus, OH  43218-2125
517953496         EDI: RMSC.COM Apr 18 2019 04:03:00      Walmart Synchrony Bank,    POB 965060,
                  Orlando, FL  32896-5060
517734330         EDI: BLUESTEM Apr 18 2019 04:03:00      WebBank,    6250 Ridgewood Rd,
                  Saint Cloud, MN  56303-0820
                                                                                              TOTAL: 49
```

```
District/off: 0312-3          User: admin              Page 3 of 3                Date Rcvd: Apr 17, 2019
                              Form ID: 148             Total Noticed: 88
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              OCWEN LOAN SERVICING LLC,    Attn: Customer Care,    PO Box 24738,
                 West Palm Beach, FL  33416-4738
517815203*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:    Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
517953486*       Brielle Orthopedics, PA,    457 Jack Martin Blvd.,    Brick, NJ  08724-7776
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
           ajennings@rasflaw.com
          David E. Shaver    on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com
          David E. Shaver    on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com
          Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
           dana@redbanklaw.com
          Sindi   Mncina    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
           smncina@rascrane.com
          Sindi   Mncina    on behalf of Loss Mitigation    OCWEN LOAN SERVICING LLC smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```