| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on April 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Louis Beato Jr.<br>Martine A. Beato<br><br><div align="center">Debtor(s)</div> | Case No.: 18-27541 / KCF<br><br>Chapter: 13<br><br>Hearing Date: April 10, 2019<br><br>Judge:  Kathryn C. Ferguson |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to attend Confirmation Hearing
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Louis Beato Jr.  
Martine A. Beato  
    Debtors

Case No. 18-27541-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db/jdb         Louis Beato Jr.,     Martine A. Beato,     53 John McGuckin Dr,     Brick, NJ     08724-7751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION    ajennings@rasflaw.com  
         David E. Shaver    on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com  
         David E. Shaver    on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com  
         Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
         Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,    dana@redbanklaw.com  
         Sindi   Mncina    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION    smncina@rascrane.com  
         Sindi   Mncina    on behalf of Loss Mitigation    OCWEN LOAN SERVICING LLC smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 10