Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 18–27541–KCF  
        Chapter: 13  
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Louis Beato Jr. | Martine A. Beato |
| aka Louis Beato | aka Martine Annette Beato, aka Martine Beato |
| 53 John McGuckin Dr | 53 John McGuckin Dr |
| Brick, NJ 08724–7751 | Brick, NJ 08724–7751 |

Social Security No.:  
  xxx–xx–2764                                xxx–xx–1452

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     6/20/19  
Time:    02:30 PM  
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)  
David E. Shaver, Debtor's Attorney

COMMISSION OR FEES  
Fees $10,835.00

EXPENSES  
$180.50

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 2, 2019  
JAN: slf

                                                                     Jeanne Naughton  
                                                                     Clerk