Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 18−27541−KCF
    Chapter: 13
    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Louis Beato Jr.                                  Martine A. Beato
  aka Louis Beato                               aka Martine Annette Beato, aka Martine
  53 John McGuckin Dr                      Beato
  Brick, NJ 08724−7751                   53 John McGuckin Dr
                                                     Brick, NJ 08724−7751

Social Security No.:
  xxx−xx−2764                                     xxx−xx−1452

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      6/20/19
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David E. Shaver, Debtor's Attorney

COMMISSION OR FEES
Fees $10,835.00

EXPENSES
$180.50

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 2, 2019
JAN: slf

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                       Case No. 18-27541-KCF
Louis Beato Jr.                                                              Chapter 13
Martine A. Beato
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                   Date Rcvd: May 02, 2019
                              Form ID: 137                Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db/jdb         Louis Beato Jr.,    Martine A. Beato,    53 John McGuckin Dr,    Brick, NJ 08724-7751
aty           +RAS Citron Law Offices,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
cr            +United Teletech Financial FCU,    Attn: Michael R. DuPont, Esq,    229 Broad St.,    PO Box 610,
                Red Bank, NJ 07701-0610
cr            +WELLS FARGO BANK, N.A.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE,    SUITE 100,
                BOCA RATON, FL 33487-2853
517794945    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,     DBA GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
517953484      American Express,    POB 981535,    El Paso, TX 79998-1535
517789966      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
517734296      Atlantic Medical Imaging, LLC,    PO Box 1564,    Indianapolis, IN 46206-1564
517734298      Barclays Bank Card Services,    Customer Service,    PO Box 8802,    Wilmington, DE 19899-8802
517734299      Beachside Pediatrics Dentistry,    105 Berkeley Ave,    Ocean, NJ 07712-4707
517953485      Bon-Ton Commenity Bank,    POB 185125,    Columbus, OH 43218-2125
517827625     +Brielle Orthopedics,    Apex Asset Mgmt., LLC,    POB 5407,    Lancaster, PA 17606-5407
517734300      Brielle Orthopedics PA,    457 Jack Martin Blvd,    Brick, NJ 08724-7776
517953487      CBL Path,    110 Washington Ave., Ste. 2,    North Haven, CT 06473-1723
517734305      Client Services, Inc.,    For Lowes Consumer Credit Card,    3451 Harry S Truman Blvd,
                Saint Charles, MO 63301-4047
517734308      FBCS, Inc.,    for CF Medical, LLC,    PO Box 1116,    Charlotte, NC 28201-1116
517758052      GM Financial,    POB 183593,    Arlington, TX 76096-3593
517734310      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
517734311      Hackensack Meridian Health-Ocean Medical,    PO Box 650292,    Dallas, TX 75265-0292
517734312      Ivy Rehab Network,    c/o Independent Recovery Res,    24 Railroad Ave,
                Patchogue, NY 11772-3518
517953490      Jersey Shore Neurology Assoc.,    1900 State Rte. 33,    Neptune, NJ 07753-4800
517734314      Jersey Shore Neurology Associates,    1900 State Route 33,    Neptune, NJ 07753-4800
517758055      Jersey Shore OP-Meridian Health,    POB 650292,    Dallas, TX 75265-0292
517953483      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517734315      Keith R. Esposito, Esq.,    Lyon Doughty & Veldhuis, PC,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ 08054-1725
517734316      Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
517953491      Lord & Taylor, Cap. One Retail Svcs.,    POB 30258,    Salt Lake City, UT 84130-0258
517758056      MaBSTOA,    Treasury Dept.,    130 Livingston St., Rm., 7085,    Brooklyn, NY 11201-5106
517761657     +Medallion Bank,    c/o Systems & Services Technologies, Inc,    as servicer for Medallion Bank,
                PO Box 9013,    Addison, Texas 75001-9013
517953482      Medallion Bank,    1100 E 6600 St., Ste. 510,    Salt Lake City, UT 84121-7422
517953492      Meridian Medical Group Speciality Group,    POB 402,    Mt. Sinai, NY 11766-0402
517758057      Metropolitan Trans. Auth.,    Prudential Retirement,    POB 5012,    Scranton, PA 18505-5012
517734320      NJ EZ Pass,    Customer Service,    PO Box 52002,    Newark, NJ 07101-8202
517734321      Ocwen Loan Servicing, LLC,    Attn: Customer Care,    PO Box 24738,
                West Palm Beach, FL 33416-4738
517734323      Richard Citron, Esq.,    RAS Citron, LLC,    130 Clinton Rd Ste 202,    Fairfield, NJ 07004-2927
517734324      Rickart Collection Systems,    PO Box 7242,    North Brunswick, NJ 08902-7242
517734327      Seaview Orthopaedic,    1200 Eagle Ave,    Ocean, NJ 07712-7631
517734328      Shore Heart Group,    1820 State Route 33 Ste 4B,    Neptune, NJ 07753-4860
517758058      Systems & Services Technologies, Inc.,    POB 3999,    St. Joseph, MO 64503-0999
517734329      Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517758053      Untied Teletech Financial,    205 Hance Ave.,    Tinton Falls, NJ 07724-2764
517834324      Wells Fargo Bank, N.A.,    POB 24605,    West Palm Beach, FL 33416-4605
517831702     +Wells Fargo Bank, National Association as Trustee,    1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
517734307      eMedical Offices Middletown,    PO Box 6143,    Parsippany, NJ 07054-7143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 00:39:22     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:19     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517734295      E-mail/Text: kristin.villneauve@allianceoneinc.com May 03 2019 00:38:10
                Alliance One Receivables Management,    4850 E Street Rd Ste 300,    Trevose, PA 19053-6643
517758054      E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:40:48     Amazon.Com-Synchrony Bank,
                POB 965060,    Orlando, FL 32896-5060
517856692      E-mail/PDF: resurgentbknotifications@resurgent.com May 03 2019 00:41:17
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517734297      E-mail/Text: paymentprocessing@avanteusa.com May 03 2019 00:38:04     Avante USA,
                3600 S Gessner Rd Ste 225,    Houston, TX 77063-5357
```

```
District/off: 0312-3          User: admin               Page 2 of 3              Date Rcvd: May 02, 2019
                              Form ID: 137              Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517734301      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 03 2019 00:41:50      Capital One,
                 Bankruptcy Claims Servicer,    PO Box 30285,    Salt Lake City, UT  84130-0285
517734302      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 03 2019 00:41:03
                 Capital One - Bankruptcy Department,    PO Box 30281,    Salt Lake City, UT  84130-0281
517773361      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 03 2019 00:41:03
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517734303      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 03 2019 00:42:33
                 Capital One Bank (USA), NA,    PO Box 30285,    Salt Lake City, UT  84130-0285
517758060      E-mail/Text: bkr@cardworks.com May 03 2019 00:37:57      Carson Smithfield, LLC,
                 For Merrick/NAC/CovestBanc,    PO Box 9216,    Old Bethpage, NY 11804-9016
517734304      E-mail/Text: bankruptcy@certifiedcollection.com May 03 2019 00:39:09
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ  08889-1750
517953488      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 03 2019 00:38:56      Commenity Bank NY & Co.,
                 POB 182125,    Columbus, OH  43218-2125
517734306      E-mail/Text: bankruptcy_notifications@ccsusa.com May 03 2019 00:40:10
                 Credit Collection Services,    725 Canton St,    Norwood, MA  02062-2679
517734309      E-mail/Text: bnc-bluestem@quantum3group.com May 03 2019 00:39:56      Fingerhut,
                 Credit Account Services,    PO Box 1250,    Saint Cloud, MN  56395-1250
517953489      E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:41:34      JC Penney Synchrony Bank,
                 POB 965060,    Orlando, FL  32896-5060
517812431      E-mail/Text: JCAP_BNC_Notices@jcap.com May 03 2019 00:39:37      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517734313      E-mail/Text: JCAP_BNC_Notices@jcap.com May 03 2019 00:39:38      Jefferson Capital Systems, LLC,
                 PO Box 17210,    Golden, CO  80402-6020
517771875      E-mail/PDF: resurgentbknotifications@resurgent.com May 03 2019 00:41:17
                 LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517734317      E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:41:35      Lowes- Synchrony Bank,
                 Bankruptcy Department,    PO Box 965060,    Orlando, FL  32896-5060
517771877      E-mail/Text: bkr@cardworks.com May 03 2019 00:37:57      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517734319      E-mail/Text: bkr@cardworks.com May 03 2019 00:37:57      Merrick Bank,   Customer Service,
                 PO Box 9201,    Old Bethpage, NY  11804-9001
517734318      E-mail/Text: bkr@cardworks.com May 03 2019 00:37:57      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY  11804-9001
517758061      E-mail/Text: bankruptcydpt@mcmcg.com May 03 2019 00:39:18      Midland Credit Management, Inc.,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517953493      E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:42:18      Old Navy Synchrony Bank,
                 POB 965060,    Orlando, FL  32896-5060
517734322      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 00:42:40
                 Portfolio Recovery,    120 Corporate Blvd # 100,    Norfolk, VA  23502-4952
517953497      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 01:15:16
                 Portfolio Recovery Associates LLC,    PO Box 12914,    Norfolk, VA 23541-0914
517862547      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 00:42:37
                 Portfolio Recovery Associates, LLC,    C/O Barclays Bank Delaware,    POB 41067,
                 Norfolk VA 23541
517863781      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 00:41:08
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517852099      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 00:53:12
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
517856710      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 00:41:09
                 Portfolio Recovery Associates, LLC,    c/o Lord&taylorconvertedaccts,    POB 41067,
                 Norfolk VA 23541
517850339      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 01:15:58
                 Portfolio Recovery Associates, LLC,    c/o Lowe’s,    POB 41067,    Norfolk VA 23541
517861759      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 00:42:38
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
517852107      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 03 2019 00:41:08
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517797021      E-mail/Text: bnc-quantum@quantum3group.com May 03 2019 00:39:13
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517734325     +E-mail/Text: bkrpt@retrievalmasters.com May 03 2019 00:39:18      RMCB,   4 Westchester Plz,
                 Elmsford, NY 10523-3835
517734326      E-mail/Text: bankruptcy@savit.com May 03 2019 00:40:16      Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ  08816-0250
517737402     +E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:40:49      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517953494      E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:41:35      TJX Rewards Synchrony Bank,
                 POB 965060,    Orlando, FL  32896-5060
517758059     +E-mail/Text: bankruptcy@sccompanies.com May 03 2019 00:40:31      Through the Country Door,
                 POB 2834,    Monroe, WI 53566-8034
517806026      E-mail/Text: laura@redbanklaw.com May 03 2019 00:38:11
                 United Teletech Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                 PO Box 610,    Red Bank, NJ 07701-0610
517953495      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 03 2019 00:38:57
                 Victoria Secret Commenity Bank,    POB 182125,    Columbus, OH  43218-2125
```

```
District/off: 0312-3          User: admin                Page 3 of 3                  Date Rcvd: May 02, 2019
                              Form ID: 137               Total Noticed: 88
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517953496         E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:42:18      Walmart Synchrony Bank,
                   POB 965060,    Orlando, FL  32896-5060
517734330         E-mail/Text: bnc-bluestem@quantum3group.com May 03 2019 00:39:56      WebBank,
                   6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
                                                                                             TOTAL: 44

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              OCWEN LOAN SERVICING LLC,     Attn: Customer Care,    PO Box 24738,
                  West Palm Beach, FL  33416-4738
517815203*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:  Americredit Financial Services, Inc.,    Dba GM Financial,
                   P.O Box 183853,    Arlington, TX 76096)
517953486*       Brielle Orthopedics, PA,    457 Jack Martin Blvd.,    Brick, NJ  08724-7776
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               ajennings@rasflaw.com
              David E. Shaver    on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com
              David E. Shaver    on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com
              Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Sindi   Mncina     on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               smncina@rascrane.com
              Sindi   Mncina     on behalf of Loss Mitigation    OCWEN LOAN SERVICING LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```