UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Broege, Neumann, Fischer & Shaver, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ  08736
732-223-8484
David E. Shaver, Esq. (DS9825)
Attorney for Debtors

Order Filed on June 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Louis Beato and Martine Beato,
                                Debtors.

Case No.: 18-27541

Hearing Date:

Judge: KCF

Chapter: 13

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| David E. Shaver, Esq. | $10,835.00 | $180.50 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Louis Beato Jr.
Martine A. Beato
    Debtors

Case No. 18-27541-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 24, 2019
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
db/jdb       Louis Beato Jr.,   Martine A. Beato,   53 John McGuckin Dr,   Brick, NJ 08724-7751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION ajennings@rasflaw.com
              David E. Shaver    on behalf of Debtor Louis Beato Jr. dshaver@bnfsbankruptcy.com
              David E. Shaver    on behalf of Joint Debtor Martine A. Beato dshaver@bnfsbankruptcy.com
              Denise E. Carlon    on behalf of Creditor    Medallion Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial FCU dupont@redbanklaw.com, dana@redbanklaw.com
              Sindi   Mncina    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION smncina@rascrane.com
              Sindi   Mncina    on behalf of Loss Mitigation    OCWEN LOAN SERVICING LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                        TOTAL: 10