UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Broege, Neumann, Fischer & Shaver, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
732-223-8484
David E. Shaver, Esq. (DS9825)
Attorney for Debtors

Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Louis Beato and Martine Beato,
                 Debtors.

Case No.: 18-27541

Hearing Date:

Judge: KCF

Chapter: 13

## AMENDED ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Chapter 13 Trustee having requested entry of an Amended Order that specifies that allowed fees may be paid from funds on hand with the Chapter 13 Trustee; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| David E. Shaver, Esq. | $10,835.00 | $180.50 |

It is further ordered that the allowed fees and expenses shall be paid by the Chapter 13 Trustee from funds on hand with the Chapter 13 Trustee.

rev.8/1/15